THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com
lmiller@awslawyers.com
*Attorneys for Geico Advantage Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK LOUIS MOJICA, individually; ROSE AMELIA GONZALEZ DE MOJICA, individually,<br>                Plaintiff(s)<br>vs.<br>GEICO ADVANTAGE INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, | **CASE NO.: 2:18-cv-00164-RFB-GWF**<br><br>**STIPULATION AND ORDER REGARDING AMOUNT IN CONTROVERSY AND REMAND TO STATE COURT** |

It is hereby stipulated by and between Plaintiffs FRANK LOUIS MOJICA and ROSE AMELIA GONZALEZ DE MOJICA, through their attorneys, EDWARD BERNSTEIN & ASSOCIATES, and GEICO ADVANTAGE INSURANCE COMPANY, through its attorneys, ATKIN WINNER & SHERROD, that each Plaintiff does not now seek, and will not seek in the future, damages in excess of Seventy Four Thousand Nine Hundred Ninety Nine Dollars and Ninety Nine Cents ($74,999.99) by way of their Complaint for all causes of action in this matter, inclusive of attorney's fees, costs and interest, if any be allowed.

It is further stipulated that since the amount in controversy is less than $75,000.00, for each Plaintiff, inclusive of attorney's fees, costs and interest, the United States District Court for the District of Nevada lacks an element of jurisdiction required by 28 U.S.C. § 1332(a).

/ / /

/ / /

It is further stipulated that this case may be remanded to the Eighth Judicial District Court, Clark County, Nevada, based on this agreement as to the amount in controversy, and that each party shall pay its own attorney's fees and costs associated with the removal and remand.

Dated this 27th day of February, 2018

Dated this 27th day of February, 2018

ATKIN WINNER & SHERROD

EDWARD BERNSTEIN & ASSOCIATES

/s/*Lara L. Miller*
THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89101
*Attorneys for GEICO*

/s/ *Brian E. Lunt*
BRIAN E. LUNT
Nevada Bar No. 11189
500 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for the Plaintiffs*

## **ORDER**

IT IS HEREBY ORDERED that each Plaintiff's total recovery against Defendant GEICO Advantage Insurance Company by way of the Complaint in this matter shall not exceed $74,999.99 for all causes of action, inclusive of attorney's fees, costs and interest, if any;

Therefore, THIS COURT FINDS that the amount in controversy does not exceed $75,000.00 for each Plaintiff, which is the minimum threshold for federal district court jurisdiction per 28 U.S.C. § 1332(a); and

IT IS FURTHER ORDERED that this matter is REMANDED to the Eighth Judicial District Court, Clark County, Nevada, by authority of 28 U.S.C. § 1447, each party to pay its own attorney's fees and costs of suit associated with the removal and remand.

DATED __March 12_____, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court